In the Matter of the Application of JOSEPH BENEDETTO, Respondent.

SALVATORE CAPORALE, Appellant.

*Matter of Benedetto,* 98 App. Div. 623, affirmed. (Argued November 20, 1905; decided December 5, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1904, which affirmed an order of Special Term

granting a motion to cancel and discharge of record a certain judgment heretofore recovered by the appellant against the petitioner.

*Edward McKinley* and *Charles B. Mason* for appellant.

*Franklin Pierce* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.